*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STEWART, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Jarek L. VANCE**
Gunner's Mate Seaman, (E-3), U.S. Navy
*Appellant*

**No. 201900238**

Appeal from the United States Navy-Marine Corps Trial Judiciary

Decided: 27 January 2021

Military Judge:
Ann K. Minami

Sentence adjudged 14 June 2019 by a special court-martial convened at Naval Station Everett, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgement: reduction to E-1, confinement for ninety days, and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

For Appellee:
*Major Clayton L. Wiggins, USMC*
*Lieutenant Joshua Fiveson, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court